**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Chad J. Vinson, | ) | |
| Petitioner, | ) | CV 07-0684-PHX-PGR (ECV) |
| v. | ) | **ORDER** |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Voss and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 14)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DISMISSED with prejudice.

DATED this 21st day of October, 2008.

Paul G. Rosenblatt
United States District Judge